UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY WATTS (#128796)                 CIVIL ACTION NO.

VERSUS                            22-251-JWD-EWD

STATE OF LOUISIANA, ET AL.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 12, 2023 (Doc. 9), to which no objection was filed;

**IT IS ORDERED** that any habeas claims brought by Petitioner Anthony Watts pursuant to 28 U.S.C. §§ 2241 and/or 2254 are DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies. Judgment shall be entered.

Signed in Baton Rouge, Louisiana, on <u>February 14, 2023</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**